AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

Horace Shepard

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  1:03-cv-1049 (FJS/DRH)

James Morris

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's motion for summary judgment is granted.

The above pursuant to an order entered by the Honorable Frederick J. Scullin, Jr. on September 30, 2008.

| October 1, 2008 | Lawrence K. Baerman |
|---|---|
| Date | Clerk |

(By) Deputy Clerk
s/Barbara J. Woodford